### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TRAVIS COX**                                                                    **PLAINTIFF**

**V.**                                            **3:25CV00114 JM**

**BNSF TAILWAY COMPANY**                                            **DEFENDANT**

### ORDER

Plaintiff's motion to compel discovery and extend deadlines (ECF No. 12) is GRANTED. Defendant is directed to permit inspection of the subject track area between MP 387.1 and 390.1 in the Thayer South Subdivision, including any area implicated by the First Amended Complaint, at a mutually agreeable date and time within the next thirty (30) days.

The new trial date will be November 30, 2026. The discovery deadline is September 30, 2026. Plaintiff's expert disclosures must be made by July 30, 2026. Defendant's expert disclosures must be made by August 28, 2026, and rebuttal expert disclosures by September 25, 2026. The new motions deadline is October 14, 2026. A final scheduling order with these dates will be entered separately.

IT IS SO ORDERED this 24th day of June, 2026.

_____
James M. Moody Jr.
United States District Judge